NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRADY ARNOLD, | ) | No. C 01-20810 JF (PR) |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| D.L. RUNNELS, Warden | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his Alameda County Superior Court conviction for attempted robbery while armed with a firearm (Cal. Penal Code §§ 211, 664, 12022(a)(1)), possession of a firearm by a convicted felon (Cal. Penal Code § 12021(a)(1)) and shooting at an occupied building (Cal. Penal Code § 246). Petitioner was sentenced to forty-one years-to-life in state prison.

On November 4, 2003, the Court denied the instant petition and entered judgment for Respondent. Petitioner appealed this Court's denial of the petition. The Court denied Petitioner's request for a certificate of appealability. The Ninth Circuit Court of Appeals

Order to Show Cause
P:\pro-se\sj.jf\hc.01\Arnold810oscremand         1

1  granted a certificate of appealability and reviewed this Court's denial of the petition.
2  The Ninth Circuit reversed and remanded.  See Arnold v. Runnels, 421 F.3d 859, 869-870
3  (9th Cir. 2005).  On remand, the Ninth Circuit ordered the Court to issue a conditional
4  writ of habeas corpus and require that the State of California release Petitioner from
5  custody in this case, unless it grants Petitioner a new trial within a reasonable period of
6  time as determined by this Court.  Id.   On March 2, 2006, this Court issued an order
7  conditionally granting the petition.  The Court ordered that Petitioner must be released
8  and his conviction vacated unless the State of California retries Petitioner within one-
9  hundred and twenty (120) days.  A copy of the Court's order was sent to the parties of
10 record and sent by certified mail to the Alameda Superior Court.

11      As of the date of this order, neither party has advised the Court of the status of the
12 trial proceedings against Petitioner, if any.  Accordingly, the Court orders Respondent to
13 show cause as to why this Court should not issue an unconditional order releasing
14 Petitioner.  Respondent shall file a response and notify the Court of the current status of
15 Petitioner's underlying state court criminal proceedings within seven days of the date of
16 this order.

17      IT IS SO ORDERED.
18 DATED:  ___7/13/06_____        /s/
                                      _____
19                                    JEREMY FOGEL
                                      United States District Judge

Order to Show Cause
P:\pro-se\sj.jf\hc.01\Arnold810oscremand                2

1   This is to certify that on _____, a copy of this ruling was
    mailed to the following:
2

3   Grady Arnold
    C-11965
4   Pelican Bay State Prison
    P.O. Box 7500
5   Crescent City, CA  95532-7500

6

7   Amitai Schwartz, Esq.
    2000 Powell Street, Suite 1286
8   Emeryville, CA  94608

9

10  George F. Hindall, III
    CA State Attorney General's Office
11  455 Golden Gate Ave
    Suite 11000
12  San Francisco, CA  94102-7004

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Show Cause
P:\pro-se\sj.jf\hc.01\Arnold810oscremand                 3